UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY YOUNG,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>RON BROOMFIELD,<br><br>　　　　　　Respondent. | Case No. 2:21-04384 SSS (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondent's Answer (Dkt. No. 11), Petitioner's Opposition (Dkt. No. 13), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 18), and all the records and files herein.  Petitioner did not file objections to the Report and Recommendation.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　1.　The Report and Recommendation is accepted (Dkt. No. 18);

2. The Petition is denied and this action is dismissed with prejudice (Dkt. No. 1);

3. The Certificate of Appealability is denied; and

4. Judgment is to be entered accordingly.

DATED: April 30, 2024

THE HONORABLE SUNSHINE S. SYKES
United States District Judge

2