JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY YOUNG, | Case No. 2:21-04384 SSS (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| RON BROOMFIELD, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED: April 30, 2024

_____
THE HONORABLE SUNSHINE S. SYKES
United States District Judge